**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK LINNEAR HAYS, | ) Case No. CV 15-04279-DMG (KES) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| RANDY L. TEWS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition and entire action is dismissed with prejudice.

DATED: March 13, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE